UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

HAROLD GREHAN AND JULIA GREHAN                                              PLAINTIFFS

V.                                                         CIVIL ACTION NO. 1:06cv155-LTS-RHW

STATE FARM FIRE & CASUALTY COMPANY                                       DEFENDANTS
AND JOHN DOES 1 THROUGH 10

**ORDER**

In accordance with a Memorandum Opinion filed contemporaneously herewith, **IT IS ORDERED**:

Plaintiffs' Motion for Leave to File First Amended Complaint [21] is **GRANTED**.

Defendant State Farm Fire & Casualty Company's Motion to Dismiss Complaint [3] is **DENIED**.

**SO ORDERED** this the 25th day of August, 2006.

s/ *L. T. Senter, Jr.*

L. T. Senter, Jr.
Senior Judge